UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' LOCAL UNION NO. 177 HEALTH AND WELFARE FUND, and SHEET METAL WORKERS' LOCAL UNION NO. 177 PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM JOSEPH EADS, JR. d/b/a SOUTHERNSHEETMETALL, <br><br> Defendant. | Civil Action No. 3:11cv0969 <br><br> *Judge Haynes* |

### ORDER

Pending before the Court is Plaintiffs' Motion to dismiss this civil action without prejudice. The Court is of the opinion the motion should be granted.

This civil action is dismissed without prejudice.

The Clerk is directed to administratively close this action.

IT IS SO ORDERED.

_____<br>
WILLIAM J. HAYNES, JR.<br>
United States District Judge

{000431/06145/00246134.DOCX / Ver.1}

Case 3:11-cv-00969   Document 23-1   Filed 02/10/12   Page 1 of 2 PageID #: 70
Case 3:11-cv-00969   Document 24   Filed 02/13/12   Page 1 of 1 PageID #: 72