UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' LOCAL UNION ) <br> NO. 177 HEALTH AND WELFARE FUND, and ) <br> SHEET METAL WORKERS' LOCAL UNION ) <br> NO. 177 PENSION FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILLIAM JOSEPH EADS, JR. d/b/a ) <br> SOUTHERNSHEETMETALL, ) <br> ) <br> Defendant. ) | Civil Action No. 3:11cv0969 <br><br> *Judge Haynes* |

## ORDER

Pending before the Court is Plaintiffs' Motion to dismiss this civil action without prejudice. The Court is of the opinion the motion should be granted.

This civil action is dismissed without prejudice.

The Clerk is directed to administratively close this action.

IT IS SO ORDERED.

WILLIAM J. HAYNES, JR.
United States District Judge

{000431/06145/00246134.DOCX / Ver.1}